## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07- 28-1-UNA |
| LICURTIS G. WHITNEY, and JONATHAN L. EWELL, | : |  |
| Defendants. | : | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT I

### *Conspiracy to Possess with Intent to Distribute Crack Cocaine in and around Wilmington, Delaware*

1.    In and around December, 2006, LICURTIS G. WHITNEY and JONATHAN L. EWELL, in and around Wilmington, Delaware, engaged in the purchase for the purpose of distribution of more than 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack."

### *Charging Paragraph*

2.    On or about December 10, 2006, in the State and District of Delaware, LICURTIS G. WHITNEY and JONATHAN L. EWELL, defendants herein, did knowingly conspire together and with each other, and with other persons known and unknown to the Grand Jury, to possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).



FILED

FEB 27 2007

All in violation of Title 21, United States Code, Section 846 and Title 18, United

States Code, Section 2.

## COUNT II

3.    On or about December 10, 2006, in the State and District of Delaware,

LICURTIS G. WHITNEY and JONATHAN L. EWELL, defendants herein, did knowingly

possess with the intent to distribute fifty (50) grams or more of a mixture and substance

containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18,

United States Code, Section 2.

## NOTICE OF FORFEITURE

4.    Upon conviction of one or more of the controlled substance offenses alleged in

Counts I-II above,  LICURTIS G. WHITNEY and JONATHAN L. EWELL, defendants

herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said

violations and any property used, or intended to be used, in any manner or part, to commit, or

to facilitate the commission of the said violations.

5.    If any of the above-described forfeitable property, as a result of any act or

omission of the defendants:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred or sold to, or deposited with, a third party;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or

(5)    has been commingled with other property which cannot be divided without

difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any

other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY:___*Gregory Welsh*___
Gregory Welsh
Special Assistant United States Attorney

Dated: February 27, 2007