IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CR No. 07-28-2-UNA |
| JONATHAN L. EWELL, | : |
| Defendant. | : |

**MOTION AND ORDER FOR ARREST WARRANT**

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Gregory Welsh, Special Assistant United States Attorney, and hereby moves this Honorable Court to issue a warrant for the arrest and apprehension of Jonathan L. Ewell pursuant to an Indictment returned against him on February 27, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____/s/ Gregory Welsh_____
Gregory Welsh
Special Assistant United States Attorney

Dated: February 27, 2007

AND NOW, this 27 day of February, 2007, based upon the foregoing Motion, IT IS ORDERED that an arrest warrant be issued for the arrest and apprehension of Jonathan L. Ewell.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
FEB 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE