IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-28-JJF |
| ) | |
| JONATHAN EWELL, ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Greg Welsh, Assistant United States Attorney for the District of Maryland, respectfully states:

1.  On February 27, 2007, Jonathan Ewell was indicted on one count of possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1), and one count of conspiracy to possess with the intent to distribute cocaine base, in violation of 21 U.S.C. § 846. On that date this Court issued a bench warrant which remains outstanding.

2.  Jonathan Ewell is currently detained on State offenses at the Howard R. Young Correctional Institute (Gander Hill) in Wilmington, Delaware.

3.  The defendant has not had an initial appearance in the District Court for the District of Delaware.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institute (Gander Hill), to bring the defendant before this Court on March 29, 2007, at 1:00 p.m. for an Initial Appearance, and if the State charges remain outstanding, to be returned to the Warden for the Howard R. Young Correctional Institute (Gander Hill).

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth Moskow
Per Greg Welsh
Assistant United States Attorney

Dated: March 23, 2007

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court