IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-28-JJF |
| JONATHAN EWELL, | : |
| Defendant. | : |

**PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

Your petitioner, the United States of America, by its attorney, Beth Moskow-Schnoll, Assistant United States Attorney, with the knowledge and consent of Colm F. Connolly, United States Attorney for the District of Delaware, respectfully shows:

1. On February 27, 2007, the defendant was indicted on one count of possession with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a)(1) and on one count of conspiring to possess with the intent to distribute cocaine base in violation of 21 U.S.C. § 846.

1. The defendant is scheduled to appear before Magistrate Judge Thynge on April 9, 2007, at 1:00 p.m. for a detention hearing.

3. The defendant is currently being held at the Howard R. Young Correctional Facility (Gander Hill) on pending State charges.

WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the United States Marshal for the District of Delaware and to the Warden of the Howard R. Young Correctional Facility (Gander Hill), to bring the defendant before Magistrate Judge Thynge on April 9, 2007, at 1:00 p.m. for a detention hearing, and, if the

FILED
APR - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

State charges remain outstanding, to be returned to the Warden of the Howard R. Young Correctional Facility (Gander Hill) after the detention hearing.

COLM CONNOLLY
United States Attorney

BY: /s/
for Greg Welsh
Assistant United States Attorney

Dated: April 4, 2007

IT IS SO ORDERED this 5th day of April, 2007.

/s/ Mary Pat Thynge
Honorable Mary Pat Thynge
United States Magistrate Judge