# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
|     Plaintiff, | § |
| | § CRIMINAL ACTION NO. **07-28-2-JJF** |
| v. | § |
| | § |
| **JONATHAN EWELL** | § |
|     Defendant. | § |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **JONATHAN EWELL** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **JONATHAN EWELL** was charged with possession with the intent to distribute cocaine base in violation 21 U.S.C. 841(a)(1) and (b)(1)(A) and conspiracy to distribute cocaine base in violation 21:846, for a **DETENTION HEARING AND ARRAIGNMENT on Monday April 9, 2007** at **1:00 PM** and to be returned to the Warden of the Howard R. Young Correctional Institute if the state charges remain outstanding. And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 5th day of April 2007.

FILED
APR - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk