AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

JOHNATHAN L. EWELL

**WARRANT FOR ARREST**

Case Number:  CR 07-28-2-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHNATHAN L. EWELL _____
                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OF BASE ( COUNT I );
POSSESSION WITH THE INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OF COCAINE BASE ( COUNT II )

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 846 _____

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

BY: _____ : DEPUTY CLERK
Signature of Issuing Officer

FILED
APR - 6 2007

FEBRUARY 28, 2007  at  WILMINGTON, DE
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Wilm DE

| DATE RECEIVED 2/28/07 | NAME AND TITLE OF ARRESTING OFFICER For DEA J Policichio | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/29/07 | | |