UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JONATHAN EWELL<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. CR07-28-2<br>)<br>)<br>)<br>)<br>) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on APRIL 9, 2007 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until June 25, 2007. The time between the date of this order and June 25, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161, et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
APR 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE