IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>**JONATHAN EWELL**<br>    Defendant. | §<br>§<br>§ CRIMINAL ACTION NO. **07-28-2-JJF**<br>§<br>§<br>§<br>§ |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
    WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY,
    WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **JONATHAN EWELL** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **JONATHAN EWELL** was charged with possession with the intent to distribute cocaine base in violation 21 U.S.C. 841(a)(1) and (b)(1)(A) and conspiracy to distribute cocaine base in violation 21:846, for a **DETENTION HEARING AND ARRAIGNMENT on Monday April 9, 2007** at **1:00 PM** and to be returned to the Warden of the Howard R. Young Correctional Institute if the state charges remain outstanding. And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 5th day of April 2007.

CERTIFIED: 4/5/07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY *Beth Nunci*
    Deputy Clerk

PETER T. DALLEO, CLERK

By: *[signature]*
    Deputy Clerk



```
FILED
APR 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```