IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :   Criminal Action No. 07-28-2 JJF
                                     :
JONATHAN EWELL,                      :
                                     :
        Defendant.                   :

### O R D E R

WHEREAS, Defendant has filed a Motion to Suppress Physical Evidence (D.I. 26);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Monday, July 30, 2007 at 4:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June 29, 2007
_____
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED

JUN 29 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE