IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            : | |
|                                       : | |
|        Plaintiff,                     : | |
|                                       : | |
|        v.                             : | Criminal Action No. 07- 028 JJF |
|                                       : | |
| LICURTIS G. WHITNEY, and              : | |
| JONATHAN L. EWELL,                    : | |
|                                       : | |
|        Defendants.                    : | |

### UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING

The United States of America, by and through its counsel, Colm F. Connolly, United States Attorney for the District of Delaware, and Gregory Welsh, Special Assistant United States Attorney for said District, hereby moves the Court to continue the evidentiary hearing currently scheduled for Defendant Jonathan Ewell on July 30, 2007.

1. The Defendants are charged in an Indictment which arises out of a car stop by the Wilmington Police Department. The Defendants were found to be in possession of two clear plastic bags, each containing approximately 125 grams of cocaine base.

2. At the time of Defendant Ewell's arraignment, a date of June 25, 2007, was established for the filing of motions. At the time of Defendant Whitney's arraignment and at the request of his counsel for additional time to file motions, a date of September 7, 2007, was established for the filing of motions.

3. Defendant Jonathan Ewell has filed a Motion to Suppress the evidence from the car stop. An evidentiary hearing on this Motion has been scheduled for July 30, 2007, at 4:00 p.m.

4. Undersigned counsel has contacted Peter A. Levin, Esq., counsel for Defendant Whitney, who stated that he anticipates filing a motion to suppress on or about September 7, 2007.

5. The issues presented by Defendant Ewell's Motion to Suppress are the same issues that would be raised by Defendant Whitney, that is, the validity of the car stop and subsequent recovery of the cocaine base.

6. Undersigned counsel has contacted Eleni Kousoulis, Esq., counsel for Defendant Ewell, who stated that she has no opposition to the Government's motion to continue the evidentiary hearing.

WHEREFORE, it appears that the interest of judicial economy will be served by holding only one suppression hearing in this case after Defendant Whitney has filed his motion, and the United States requests that the Court continue the evidentiary hearing for Defendant Ewell until after the deadline for Defendant Whitney to file motions.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Gregory Welsh
Gregory Welsh
Special Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4906