IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-28-JJF |
| | ) | |
| LICURTIS G. WHITNEY and | ) | |
| JONATHAN L. EWELL, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING**

The United States of America, by and through its counsel, Colm F. Connolly, United States Attorney for the District of Delaware, and Gregory Welsh, Special Assistant United States Attorney for said District, hereby moves the Court to continue the evidentiary hearing currently scheduled for Defendant Jonathan Ewell on July 30, 2007.

1. The Defendants are charged in an Indictment which arises out of a car stop by the Wilmington Police Department. The Defendants were found to be in possession of two clear plastic bags, each containing approximately 125 grams of cocaine base.

2. At the time of Defendant Ewell's arraignment, a date of June 25, 2007, was established for the filing of motions. At the time of Defendant Whitney's arraignment and at the request of his counsel for additional time to file motions, a date of September 7, 2007, was established for the filing of motions.

3. Defendant Jonathan Ewell has filed a Motion to Suppress the evidence from the car stop. An evidentiary hearing on this Motion has been scheduled for July 30, 2007, at 4:00 p.m.

4. Undersigned counsel has contacted Peter A. Levin, Esq., counsel for Defendant Whitney, who stated that he anticipates filing a motion to suppress on or about September 7, 2007.

5. The issues presented by Defendant Ewell's Motion to Suppress are the same issues that would be raised by Defendant Whitney, that is, the validity of the car stop and subsequent recovery of the cocaine base.

6. Undersigned counsel has contacted Eleni Kousoulis, Esq., counsel for Defendant Ewell, who stated that she has no opposition to the Government's motion to continue the evidentiary hearing.

WHEREFORE, it appears that the interest of judicial economy will be served by holding only one suppression hearing in this case after Defendant Whitney has filed his motion, and the United States requests that the Court continue the evidentiary hearing for Defendant Ewell until after the deadline for Defendant Whitney to file motions.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Gregory Welsh
Gregory Welsh
Special Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4906

Dated: July 5, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-28-JJF |
| | ) |
| LICURTIS G. WHITNEY and | ) |
| JONATHAN L. EWELL, | ) |
| | ) |
| Defendants. | ) |

### ORDER TO CONTINUE EVIDENTIARY HEARING

Upon the unopposed motion of the United States of America, IT IS ORDERED that the hearing scheduled for July 30, 2007, on Defendant Ewell's Motion to Suppress be postponed until after the deadline for the filing of motions by co-Defendant Whitney on September 7, 2007. IT IS FURTHER ORDERED, in the interests of justice, that the period from the date of the filing of the Motion to Suppress on June 25, 2007, until September 7, 2007, be excludable under the Speedy Trial Act (18 U.S.C. § 3161 *et seq.*).

                                              The Honorable Joseph J. Farnan, Jr.
                                              United States District Judge

Dated:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-28-JJF |
| | ) | |
| LICURTIS G. WHITNEY and | ) | |
| JONATHAN L. EWELL, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 5th day of July 2007, I caused to be electronically filed an **Unopposed Motion to Continue Evidentiary Hearing** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify a copy of the foregoing notice was sent via U.S. mail, postage prepaid, to the attorney of record as follows:

Peter Levin, Esq.
1927 Hamilton Street
Philadelphia, PA 19130

      /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277