## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-28-JJF |
| | ) | |
| LICURTIS G. WHITNEY and | ) | |
| JONATHAN L. EWELL, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER TO CONTINUE EVIDENTIARY HEARING

Upon the unopposed motion of the United States of America, IT IS ORDERED that

the hearing scheduled for July 30, 2007, on Defendant Ewell's Motion to Suppress be

postponed until after the deadline for the filing of motions by co-Defendant Whitney on

September 7, 2007.  IT IS FURTHER ORDERED, in the interests of justice, that the period

from the date of the filing of the Motion to Suppress on June 25, 2007,  until September 7,

2007, be excludable under the Speedy Trial Act (18 U.S.C. § 3161 *et seq.*).


The Honorable Joseph J. Farnan, Jr.
United States District Judge


Dated: July 10, 2007