IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-28-1-2 JJF |
| LICURTIS G. WHITNEY, JONATHAN EWELL, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, Defendants have filed several Pre-trial Motions (D.I. 26, 32, 33);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Friday, October 19, 2007 at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 24, 2007
DATE

UNITED STATES DISTRICT JUDGE