IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-28-1-2 JJF |
| LICURTIS G. WHITNEY,<br>JONATHAN EWELL, | : |
| Defendants. | : |

### O R D E R

WHEREAS, the Court has granted Defendant Licurtis Whitney's Motion to Continue the evidentiary hearing for October 19, 2007 (D.I. 40);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Wednesday, October 31, 2007 at** 1:00 **p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

October 16, 2007
DATE

UNITED STATES DISTRICT JUDGE



FILED
OCT 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE