IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           :
                                    :
                   Plaintiff,       :
                                    :
          v.                        :          Criminal Action No. 07- 028 JJF
                                    :
LICURTIS G. WHITNEY, and            :
JONATHAN L. EWELL,                  :
                                    :
                   Defendants.      :

## MOTION TO RESCHEDULE EVIDENTIARY HEARING

The United States of America, by and through its counsel, Colm F. Connolly, United

States Attorney for the District of Delaware, and Gregory Welsh, Special Assistant United States

Attorney for said District, hereby moves the Court to reschedule the evidentiary hearing currently

set for October 31, 2007.

1.      The previously-scheduled hearing date of October 19, 2007, was postponed at the

request of defense counsel, who was not available at that time.

2.      Regarding the new hearing date of October 31, 2007, undersigned counsel cannot

commit to being available, as I am scheduled to begin a two-to-three day jury trial in the United

States District Court for the District of Maryland on October 29, 2007.

WHEREFORE, the United States requests that the Court reschedule the evidentiary hearing currently set for October 31, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney


By: _/s/  Gregory Welsh_

Gregory Welsh
Special Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4906

Dated:    October 22, 2007