IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       :
                                :
         Plaintiff,             :
                                :
    v.                          :   Criminal Action No. 07-28 JJF
                                :
LICURTIS G. WHITNEY and         :
JONATHAN EWELL,                 :
                                :
         Defendants.            :

## O R D E R

WHEREAS, the Court granted Government's Motion to Reschedule Evidentiary Hearing;

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Wednesday, December 5, 2007 at 4:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 6, 2007
　　DATE

UNITED STATES DISTRICT JUDGE



FILED
NOV 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE