IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-28-JJF |
| | ) | |
| LICURTIS G. WHITNEY and | ) | |
| JONATHAN EWELL, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Beth Moskow-Schnoll as one of the attorneys of record on behalf of the United States of America.

COLM F. CONNOLLY
United States Attorney

By: _____
Keith M. Rosen
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046

Dated: 1/23/08