

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

Rod J. Rosenstein
United States Attorney

Gregory Welsh
Assistant United States Attorney

36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201

DIRECT: 410-209-4906
MAIN: 410-209-4800
FAX: 410-962-0717
TTY/TDD: 410-962-4462

January 2, 2008

Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   United States v. Whitney & Ewell
      Criminal Case No. 07-028 JJF

Dear Judge Farnan:

The following is the proposed briefing schedule for this case:

Government's Brief due January 29, 2008,
Defendants' Briefs due February 19, 2008,
Government's Reply Brief due February 26, 2008.

Respectfully submitted,

Colm Connolly
United States Attorney

By: /s/ Gregory Welsh
Gregory Welsh
Special Assistant United States Attorney

cc:   Eleni Kousoulis, Esq.
      Peter Levin, Esq.