

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Gregory Welsh*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4906*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*
*TTY/TDD: 410-962-4462*

January 25, 2008

Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   United States v. Whitney & Ewell
      Criminal Case No. 07-028 JJF

Dear Judge Farnan:

    Enclosed is a proposed Speedy Trial Order.

                       Respectfully submitted,

                       Colm Connolly
                       United States Attorney

                       By: _____
                       Gregory Welsh
                       Special Assistant United States Attorney

cc:   Eleni Kousoulis, Esq.
      Peter Levin, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :    Criminal Action No. 07- 028 JJF |
| LICURTIS G. WHITNEY, and<br>JONATHAN L. EWELL, | : |
| Defendants. | : |

## ORDER

The parties having agreed to a briefing schedule, which has been approved by the Court, in which the final brief is due on February 26, 2008, and the parties having further agreed to the entry of this Order, IT IS ORDERED, in the interests of justice, that the period from the filing of the Motion to Suppress on June 25, 2007, until February 26, 2008, be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

_____  
Date

_____  
Honorable Joseph J. Farnan, Jr.  
United States District Judge