IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07- 028 JJF |
| LICURTIS G. WHITNEY, and JONATHAN L. EWELL, | : | |
| Defendants. | : | |

### ORDER

The parties having agreed to a briefing schedule, which has been approved by the Court, in which the final brief is due on February 26, 2008, and the parties having further agreed to the entry of this Order, IT IS ORDERED, in the interests of justice, that the period from the filing of the Motion to Suppress on June 25, 2007, until February 26, 2008, be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

1-31-08
Date

Honorable Joseph J. Farnan, Jr.
United States District Judge



FILED
JAN 31 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE