IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- 028 JJF |
| LICURTIS G. WHITNEY, and JONATHAN L. EWELL, | : |
| Defendants. | : |

## MOTION REQUESTING A SCHEDULING CONFERENCE

The United States of America, by and through its counsel, Colm F. Connolly, United States Attorney for the District of Delaware, and Gregory Welsh, Special Assistant United States Attorney for said District, hereby requests that the Court hold a scheduling conference.

1. On January 31, 2008, the Court excluded from computation under the Speedy Trial Act the period from June 25, 2007, until the Government's reply memorandum was due on February 26, 2008. (Document # 49).

2. On February 25, 2008, the Government filed its reply memorandum. (Document # 53).

3. No further dates have been scheduled in this matter.

WHEREFORE, the Government requests that a scheduling conference be held in this matter and that the Court enter the attached Order excluding time under the Speedy Trial Act.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Gregory Welsh
Gregory Welsh
Special Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4906

Dated: 4-30-08

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    :<br>                              :<br>           Plaintiff,         :<br>       v.                     :   Criminal Action No. 07- 028 JJF<br>                              :<br>LICURTIS G. WHITNEY, and      :<br>JONATHAN L. EWELL,            :<br>                              :<br>           Defendants.        : | |

## **ORDER**

IT IS ORDERED, in the interests of justice, that the period from February 26, 2008, until the scheduling conference to be held on _____, 2008, be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

_____                                         _____
Date                                                     Honorable Joseph J. Farnan, Jr.
                                                         United States District Judge

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|       Plaintiff, : | |
|       v. : | Criminal Action No. 07- 028 JJF |
| LICURTIS G. WHITNEY, and : JONATHAN L. EWELL, : | |
|       Defendants. : | |

I, Sharon L. Bernardo, an employee of the United States Attorney's Office, hereby certify that on April 30, 2008, I electronically filed the foregoing:

**MOTION REQUESTING A SCHEDULING CONFERENCE**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

    Eleni Kousoulis, Esquire
    Assistant Federal Public Defender
    704 King Street, Suite 110
    Wilmington, Delaware 19801
    ecf_ek@msn.com

I further certify a copy of the foregoing motion was sent via U.S. Mail, postage prepaid, to:

    Peter Levin, Esquire
    1927 Hamilton Street
    Philadelphia, PA   19130

*/s/ Sharon L. Bernardo*