IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-28-JJF |
| LICURTIS G. WHITNEY and JONATHAN EWELL, | : |
| Defendants. | : |

**O R D E R**

At Wilmington, this 9 day of May 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Motion To Suppress Physical Evidence And Statements (D.I. 33) filed by Defendant, Licurtis G. Whitney, and the Motion to Suppress Physical Evidence (D.I. 26) filed by Defendant, Jonathan Ewell are **DENIED**.

_____
UNITED STATES DISTRICT JUDGE