IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LICURTIS G. WHITNEY, and<br>JONATHAN L. EWELL,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:   Criminal Action No. 07- 028 JJF<br>:<br>:<br>:<br>:<br>: |

## MOTION UNDER THE SPEEDY TRIAL ACT

1. By prior ORDERS, the Court has excluded time under the Speedy Trial Act (18 U.S.C. § 3161 et seq.) from the arrests of the Defendants until February 26, 2008, and from May 15, 2008, until June 4, 2008.

2. During the period from February 26, 2008, until May 9, 2008, the Court had the pretrial motions under consideration.

3. During the period from May 9, 2008, until May 15, 2008, there was no trial schedule in place for this case.

Accordingly, the United States requests that the Court order that the period from February 26, 2008, until May 15, 2008, be excludable under the Speedy Trial Act.

                                       Colm Connolly
                                       United States Attorney

                    By:   /s/  Gregory Welsh
                          Gregory Welsh
                          Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- 028 JJF |
| LICURTIS G. WHITNEY, and JONATHAN L. EWELL, | : |
| Defendants. | : |

### ORDER

For the reasons stated in the Government's Motion, IT IS ORDERED, in the interests of justice, that the period from February 26, 2008, until May 15, 2008, be excludable under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
Date

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

**CERTIFICATE OF SERVICE**

I, Sharon L. Bernardo, an employee of the United States Attorney's Office, hereby certify that on May 20, 2008, I electronically filed the foregoing:

**MOTION UNDER THE SPEEDY TRIAL ACT** and **ORDER**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

>Eleni Kousoulis, Esquire
>Assistant Federal Public Defender
>704 King Street, Suite 110
>Wilmington, Delaware 19801
>ecf_ek@msn.com

I further certify that a copy of the foregoing was sent via U.S. Mail, postage prepaid, to:

>Peter Levin, Esq.
>1927 Hamilton Street
>Philadelphia, PA 19130

/s/ Gregory Welsh