IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | Criminal Action No. 07- 028 JJF |
| LICURTIS G. WHITNEY, and JONATHAN L. EWELL, | : : : | |
| Defendants. | : | |

## ORDER

For the reasons stated in the Government's Motion, IT IS ORDERED, in the interests of justice, that the period from February 26, 2008, until May 15, 2008, be excludable under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_June 4, 2008_
Date

_[signature]_
Honorable Joseph J. Farnan, Jr.
United States District Judge