IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-28-2 JJF |
| JONATHAN EWELL, | : |
| Defendant. | : |

### O R D E R

WHEREAS, on June 4, 2008, a Scheduling Conference was held in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **December 15, 2008 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) A Pretrial Conference will be held on **November 6, 2008 at 12:30 p.m.**

3) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **4:30 p.m. on October 31, 2008.**

4) Any Proposed Special Voir Dire Questions shall be filed by **4:30 p.m. on October 31, 2008.**

5) Any Motions in Limine must be filed and completed briefing **by 4:30 p.m. on October 31, 2008.**

      6) Any motion to sever this case shall be filed by **4:30 p.m. on September 26, 2008.**

      7) The time between June 4, 2008 and December 15, 2008, shall be excludable under the Speedy Trial Act in the interest of justice (18 U.S.C. §3161 et seq.)

June 11, 2008
DATE

/s/ Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE

2