## Federal Public Defender
### District of Delaware

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

one customs House
704 King Street, suite 110
Wilmington, Delaware 19801
(302) 573-6010 (telephone)
(302) 573-6041 (Fax)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

August 13, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Jonathan Ewell**
            **Criminal Action No.: 07-28-JJF**
            **Our File No.: 2007-00152**

Dear Judge Farnan:

    On June 4, 2008, this Court conducted a scheduling conference in the above-captioned matter. During the conference, I indicated that Mr. Ewell intended to present evidence at trial regarding Licurtis Whitney's prior drug activity, and that he would not file a Motion for Severance. The Court instructed Mr. Ewell to file a Motion in Limine To Admit Evidence At Trial, which would allow Mr. Whitney to determine if he should file a Motion for Severance.

    Mr. Ewell's investigation and defense preparation is on-going, and he submits that filing a Motion in Limine To Admit Evidence At Trial would reveal key details of his investigation and severely compromise his defense strategy. Mr. Ewell further submits that any evidence of Mr. Whitney's prior drug activity at trial would be properly admissible under the Federal Rules of Evidence.

Thus, Mr. Ewell will not file a Motion in Limine To Admit Evidence, and reiterates that he will not file a Motion for Severance. If the Court requires additional information regarding the evidence that Mr. Ewell may present at trial, he is prepared to make an ex parte, in camera presentation of this evidence.

Respectfully submitted,

\_\_\_/s/_____
**ELENI KOUSOULIS**
Assistant Federal Public Defender

cc: Keith M. Rosen, Esq., Assistant United States Attorney
    Peter A. Levin, Esq.
    Jonathan Ewell, Defendant