IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-28-JJF |
| LICURTIS G. WHITNEY and JONATHAN EWELL, | : |
| Defendants. | : |

### O R D E R

WHEREAS, the Court held a scheduling conference in the above-captioned action during which counsel for Mr. Ewell indicated that she intended to present evidence at trial regarding prior drug activity of Mr. Ewell's co-defendant, Mr. Whitney;

WHEREAS, counsel for Mr. Ewell indicated that if the evidence is admissible, she would not be filing a Motion For Severance, but counsel for Mr. Whitney indicated that he would be inclined to seek a severance in those circumstances;

WHEREAS, the Court instructed counsel for Mr. Ewell to file a Motion In Limine To Admit Evidence At Trial in order to allow Mr. Whitney to determine if he should seek a severance;

WHEREAS, counsel for Mr. Ewell has filed a letter (D.I. 64) indicating that the filing of such a Motion In Limine would compromise Mr. Ewell's defense strategy, but offering to make an ex part, in camera presentation of the evidence to the Court;

NOW THEREFORE, IT IS HEREBY ORDERED that counsel for Mr. Ewell shall file an ex parte, in camera application to admit the evidence it seeks to admit against Mr. Whitney no later than **Friday, September 12, 2008.**

_August 31, 2008_
DATE

_____
UNITED STATES DISTRICT JUDGE