**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :    Criminal Action No.  07-28-JFF |
| LICURTIS G. WHITNEY and JONATHAN EWELL, | : |
| Defendants. | : |

**NOTICE OF SUBSTITUTION OF COUNSEL**
**AND ENTRY OF APPEARANCE**

    Notice is hereby given to the substitution of Edward J. McAndrew, in place of Keith M. Rosen and Gregory Welsh, as counsel of record for the United States of America in this case.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney


        By:   /s/ Edward J. McAndrew
             Edward J. McAndrew
             Assistant United States Attorney
             United States Attorney's Office
             1007 Orange Street
             Suite 700
             Wilmington, Delaware 19899-2046
             (302) 573-6227
             ed.mcandrew@usdoj.gov

Dated:   September 5, 2008